IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SAMMIE L. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 107-118 |
| | ) | |
| COLUMBIA COUNTY DETENTION CENTER; CHIEF JAILOR; DEPUTY SHOUSE, Jailor; and CONTROL BOOTH OPERATOR, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

---

[1] On March 17, 2008 the Magistrate Judge entered an Order explaining to Plaintiff that pursuant to Fed. R. Civ. P. 15(a), he was entitled to amend his complaint as of right. (Doc. no. 17, p. 2). The Magistrate Judge also explained to Plaintiff that if he intended to proceed with an amendment he must file his amended complaint within fifteen (15) days of the Order. (Id.). Finally, the Magistrate Judge explained to Plaintiff that unless he submitted an amended complaint in accordance with the terms of the Order, the January 16, 2008 Report and Recommendation (doc. no. 9), along with Plaintiff's objections (doc. no. 13), would be submitted to the undersigned. (Doc. no. 17, p. 2). Plaintiff has not submitted an amended complaint. Thus, before the Court for review is the January 16, 2008 Report and Recommendation (doc. no. 9) along with Plaintiff's objections (doc. no. 13).

the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted, and this civil action is **CLOSED**.

SO ORDERED this 22 day of April, 2008, at Augusta, Georgia.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE